| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Jones, Edith H. | 2. Court or Organization<br><br>5th Circuit Court of Appeals | 3. Date of Report<br><br>09/29/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

12505 U.S. Courthouse
515 Rusk
Houston, TX 77002-2600

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Sam Houston Area Council, Boy Scouts of America |
| 2. | Advisory Board Member | Masters in Bankruptcy Program, St. John's Law School, New York |
| 3. | President | Garland Walker Inn of Court |
| 4. | Trustee | Trust #1 |
| 5. | Co-Trustee & Co-Executor | Trust #2/Estate |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 09/29/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 3/30/14 | Hillsdale College-Teaching Seminar | $2,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | ▓▓▓▓▓▓▓▓▓▓ - salary |
| 2. | 2014 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 02/05-07/2014 | New Orleans, Louisiana | Panel Member - Employment Law re: Employee Benefits | Airfare, Meals, Lodging |
| 2. | University of Texas Federalist Society | 02/18/2014 | Austin, Texas | Speech | Mileage, Lunch |
| 3. | Hillsdale College | 3/30-4/4/2014 | Hillsdale, Michigan | Teaching | Travel costs, Meals, Lodging |
| 4. | The Federalist Society | 06/03-08/2014 | Vienna, Austria | Speech/Panel Member | Airfare, Lodging, Meals, Parking, Tolls, Mileage |
| 5. | The Federalist Society | 10/08/2014 | New Orleans, Louisiana | Panel Member | Airfare, Mileage, Parking, Taxi |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 09/29/2015 |

6.  The Federalist Society     11/12-15/2015     Washington, D.C.     Panel Member     Airfare, Lodgning, Parking, Taxi, Tips

| Name of Person Reporting | Date of Report |
|---|---|
| **Jones, Edith H.** | 09/29/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Morgan Stanley Bank, N.A. | Portfolio Line of Credit | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 09/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNTS | | | | | | | | | |
| 2. Bank of America - Accounts | A | Interest | L | T | | | | | |
| 3. J.P. Morgan Chase Bank - Accounts | A | Interest | K | T | | | | | |
| 4. STOCKS, BONDS & NOTES | | | | | | | | | |
| 5. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 6. Invesco Comstock A (ACSTX) (fmr. Invest. Co. of America) | A | Dividend | K | T | | | | | |
| 7. Dow Chemical - common | A | Dividend | J | T | | | | | |
| 8. Exxon Mobil Corp | B | Dividend | L | T | | | | | |
| 9. Nestle - common | A | Dividend | K | T | | | | | |
| 10. Newmont Gold - common | A | Dividend | J | T | | | | | |
| 11. Intel Corporation | A | Dividend | K | T | | | | | |
| 12. Procter & Gamble | B | Dividend | L | T | | | | | |
| 13. Morgan Stanley Bank | B | Interest | N | T | | | | | |
| 14. GMAC Bonds | B | Interest | | | Redeemed | 12/01/14 | L | A | |
| 15. Morgan Stanley Bonds | C | Interest | L | T | | | | | |
| 16. Tortoise Energy Corp. | A | Dividend | J | T | | | | | |
| 17. Pepsico | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 09/29/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NCR | | None | J | T | | | | | |
| 19. MS Global Infrastructure Q | A | Interest | K | T | | | | | |
| 20. Am. Inv. Co. (AIVSX) | A | Dividend | L | T | | | | | |
| 21. Franklin Insd. Tax Free Fund | B | Interest | K | T | | | | | |
| 22. Mut. Shares Class B Tax Free | A | Dividend | J | T | | | | | |
| 23. Mut. Shares Class B Tax Free | A | Dividend | J | T | | | | | |
| 24. GPR Energy, LLC | | None | K | U | | | | | |
| 25. Syngenta AG ADR | C | Dividend | L | T | | | | | |
| 26. Magellan Midstream Partners | D | Dividend | M | T | | | | | |
| 27. Verizon Comm | A | Dividend | J | T | | | | | |
| 28. Fidelity Fund (FFFCX) | D | Int./Div. | M | T | | | | | |
| 29. Ford Motor Credit Co. | C | Interest | M | T | | | | | |
| 30. Smucker J M Co | A | Dividend | J | T | | | | | |
| 31. Lord Abbett Sht. Fund (LDLAX) | C | Dividend | M | T | | | | | |
| 32. Pioneer Mlti Ast Ult. (MCFRX) | A | Dividend | M | T | | | | | |
| 33. Templeton Global Bond FdC (TEGBX) | C | Dividend | M | T | | | | | |
| 34. Goldman Sachs MLP Inc. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 09/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Tekla Healthcare Opp Fund (THO) | A | Dividend | K | T | Buy | 07/28/14 | K | | |
| 36. RRI Energy Inc. B3 | B | Interest | K | T | Buy | 05/23/14 | K | | |
| 37. (x)American Elec Power, Inc | A | Dividend | J | T | | | | | |
| 38. (x)Bank of America | A | Dividend | J | T | | | | | |
| 39. (x)Coca-Cola | A | Dividend | J | T | | | | | |
| 40. (x)DuPont | A | Dividend | J | T | | | | | |
| 41. (x)Eastman Chemical | A | Dividend | J | T | | | | | |
| 42. (x)Emerson Elec. Co. | A | Dividend | J | T | | | | | |
| 43. (x)General Electric Co. | A | Dividend | J | T | | | | | |
| 44. (x)Hershey Co. | A | Dividend | J | T | | | | | |
| 45. (x)Nat. Fuel Gas Co. | A | Dividend | J | T | | | | | |
| 46. (x)Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 47. (x)Scana Corp. | A | Dividend | J | T | | | | | |
| 48. (x)AmCap Fund | A | Dividend | K | T | | | | | |
| 49. (x)Fidelity Puritan Trust (FPURX) | A | Dividend | J | T | | | | | |
| 50. (x)Fidelity Sec's Fd. (FBGRX) | A | Dividend | J | T | | | | | |
| 51. (x)Columbia Funds (AUGAX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 09/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. (x)Putnam USG (PGSIX) | A | Dividend | J | T | | | | | |
| 53. (x)Wash. Mut. Inv's Fund (AWSHX) | A | Dividend | K | T | | | | | |
| 54. (x)First Tr. En. Income | A | Dividend | K | T | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. Trust #1 | B | | L | T | | | | | |
| 58. -Invesco Comstock A (ACSTX) | | | | | | | | | |
| 59. -Syngenta AG | | | | | | | | | |
| 60. -Magellan Midstream Partners | | | | | | | | | |
| 61. -GMAC Bonds | A | Interest | | | Redeemed | 12/01/14 | J | A | |
| 62. Morgan Stanley Bank (x) | A | Interest | J | T | | | | | |
| 63. | | | | | | | | | |
| 64. Trust #2/Estate-See note A in Part VIII | G | | P1 | T | | | | | |
| 65. -USAA Cornerstone (USCRX) | | | | | | | | | |
| 66. -Vanguard stock Market Index fund | | | | | | | | | |
| 67. -DE Master Blenders | | | | | | Sold | 04/24/14 | | | |
| 68. -Hillshire Brands Co. | | | | | | Sold | 08/29/14 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 09/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Harris County Toll Rd. Bond | | | | | | | | | |
| 70. -Conroe, TX ISD Bond | | | | | | | | | |
| 71. -Spring, TX ISD Bond | | | | | | | | | |
| 72. -Wells Fargo Bank Acct. | | | | | | | | | |
| 73. -Hollan Maine LLC (x) | | | | | | | | | |
| 74. -Jefferson Bank Acct. | | | | | | | | | |
| 75. -Frost Bank Account | | | | | | | | | |
| 76. -Broadway Bank Account | | | | | | | | | |
| 77. -Colgate Palmolive see Note A, part VIII | | | | | | | | | |
| 78. -AT&T see Note A, part VIII | | | | | | | | | |
| 79. -Pfizer | | | | | | | | | |
| 80. -Wash. Mut.Inv's Fd (AWSHX) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 09/29/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII. Investments and Trusts, Line 64, Trust#2/Estate, Column C2 should include Value Codes T,W, program only allows entry of one Code.

A. In Trust/Estate #2, assets are listed as in prior years but some became part of a decedent's estate during 2014 and two, Colgate-Palmolive and AT&T common stock, were inadvertently omitted from earlier reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edith H. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544